NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LMK ENTERPRISES, INC.** AND
**LMK PIPE RENEWAL, LLC,**
*Plaintiffs-Appellees,*

**v.**

**PERMA-LINER INDUSTRIES, INC.,**
*Defendant-Appellant.*

---

2011-1042

---

Appeal from the United States District Court for the Middle District of Florida in case no. 08-CV-0811, Judge Elizabeth A. Kovachevich.

---

## ORDER

Upon consideration of Perma-Liner Industries, Inc.'s unopposed motion for an extension of time, until February 17, 2011, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 2 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Jeffrey D. Harty, Esq.
     Richard J. Mockler, III, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 0 2010

JAN HORBALY
CLERK